UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
IN RE:                                                         :
                                                               :     14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                                    :
ANTITRUST LITIGATION                                           :     **ORDER**
                                                               :
*This Document Relates to All Actions*                         :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2015

VALERIE CAPRONI, United States District Judge:

WHEREAS by Order dated November 25, 2014 (Dkt. 17), the Court appointed as interim class counsel a team comprised of Lowey Dannenberg Cohen & Hart, P.C. ("Lowey Dannenberg") and Grant & Eisenhofer ("Grant & Eisenhofer") P.A.; and

WHEREAS on April 29, 2015, Linda P. Nussbaum, Esq., formerly a partner of Grant & Eisenhofer, filed a Notice of Change of Address in this action (Dkt. 65), informing the Court that she has left Grant & Eisenhofer to work for Nussbaum Law Group, P.C., yet remains counsel of record in an unrelated matter, *Duncan Galvanizing Corporation v. The London Metal Exchange Limited et al.*, 14-CV-3728, now pending before Judge Forrest;

IT IS HEREBY ORDERED that:

1. By May 29, 2015, Ms. Nussbaum shall file a joint letter along with counsel from Lowey Dannenberg and Grant & Eisenhofer describing counsels' proposal with respect to which law firms and which attorneys shall continue to represent Plaintiffs as interim class counsel.

2. Any response to counsel's letter of May 29, 2015 shall be filed by June 5, 2015.

**SO ORDERED.**

Date: **May 20, 2015**
      **New York, New York**                    _____
                                                **VALERIE CAPRONI**
                                                **United States District Judge**